UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARCY WILDE and JESSICA SINGLETON,

       Plaintiff,

Case No. 15-10417

Honorable John Corbett O'Meara

v.

EDRIC, L.L.C., and BARDHOK MARKAJ,

       Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

      Plaintiffs Darcy Wilde and Jessica Singleton filed a seven-count complaint in this court, alleging the following causes of action: Count I, hostile work environment under Title VII of the Civil Rights Act of 1964; Count II, hostile work environment under Michigan's Elliott-Larsen Civil Rights Act ("ELCRA"); Count III, pregnancy discrimination under Title VII; Count IV, pregnancy discrimination under ELCRA; Count V, discrimination based on national origin under Title VII; Count VI, discrimination based on national origin under ELCRA; and Count VII, retaliation under Title VII.

      Although Plaintiffs' causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. The parties to this action are not diverse, and the court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts II, IV, and VI of the complaint are **DISMISSED.**

                                          s/John Corbett O'Meara
                                          United States District Judge

Date:  February 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 27, 2015, using the ECF system.

                                          s/William Barkholz
                                          Case Manager